### 24347

Mary DOE, a minor, by her Guardian ad litem, John Doe, and John Doe, Individually, Respondents/Petitioners v. GREENVILLE HOSPITAL SYSTEM, Petitioner/Respondent.

(464 S.E. (2d) 124)

Supreme Court

*G. Dewey Oxner, Jr., John B. McLeod* and *Karen B. Hipp,* all of *Haynsworth, Marion, McKay & Guerard,* Greenville, *for petitioner/respondent.*

*Douglas A. Churdar* and *Terry E. Haskins,* Greenville, *for respondents/petitioners.*

Heard Oct. 17, 1995.

---

Decided Nov. 13, 1995.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

*Per Curiam:*

We dismiss the writs of certiorari as improvidently granted.